AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case

# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

SANDRA L JURSS and
GARY R. JURSS,
       v.
SEARS, ROEBUCK & COMPANY     CASE NUMBER: C06-5251RBL

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Motion for Summary Judgment is GRANTED.

*DATED : MAY 31, 2007*

                                  BRUCE  RIFKIN
                            *Clerk*

                              /s/   Jean Boring
                            *(By) Deputy Clerk*, Jean Boring